UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ANTONIO GAMINO, )<br>)<br>Defendant. ) | Cause No. 2:15-cr-72 |

## ORDER

This matter is before me on the Findings and Recommendation of Magistrate Judge Andrew P. Rodovich relating to defendant Antonio Gamino's request to enter a plea of guilty to Count 1 of the Second Superseding Indictment, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. (*See* DE 260.) Following a hearing on the record on October 31, 2016, Judge Rodovich found that Gamino understands the nature of the charge, his rights, and the maximum penalties; that Gamino is competent to plead guilty; that there is a factual basis for Gamino's guilty plea; and that Gamino knowingly and voluntarily entered into his agreement to enter a plea of guilty. (DE 449.) Judge Rodovich recommends that I accept Gamino's plea of guilty and proceed to sentencing. (*Id.*) Neither party has objected to Judge Gamino's Findings and Recommendation.

Accordingly, I hereby **ADOPT** the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty (DE 449) in their entirety. Defendant Antonio Gamino is **ADJUDGED GUILTY** of Count 1 of the second superseding indictment, and

1

the sentencing hearing is **SET** for **February 3, 2017, at 10:00 a.m.** Hammond/Central Time.

**SO ORDERED.**

ENTERED: November 7, 2016.

s/ Philip P. Simon
CHIEF JUDGE
UNITED STATES DISTRICT COURT